[No. 15276-9-I. Division One. August 7, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. TITO FIDOW, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 84-8-02045-0, Stephen M. Gaddis, J. Pro Tem., and Gary M. Little, J., entered July 25 and August 17, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Corbett, C.J., and Coleman, J.

[No. 14985-7-I. Division One. August 7, 1985.]

THE STATE OF WASHINGTON, *Appellant*, v. GARY KING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-02564-4, Liem E. Tuai, J., entered July 2, 1984. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Swanson and Grosse, JJ.

[No. 12668-7-I. Division One. August 7, 1985.]

ROBERTA DAVIS, *Individually and as Administratrix, Appellant*, v. BURIEN DEVELOPMENTAL DISABILITY CENTER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 81-2-09599-2, James A. Noe, J., entered December 14, 1982. *Reversed* and *remanded* by unpublished opinion per Ringold, J., concurred in by Williams and Coleman, JJ.